William Wesley SKIVER *v.* STATE of Arkansas

CR 96-527                                        920 S.W.2d 854

Supreme Court of Arkansas
Opinion delivered May 20, 1996

*Jon A. Williams*, for appellant.

No response.

PER CURIAM. William Wesley Skiver, by his attorney, Jon A. Williams, has filed a motion for a rule on the clerk. His attorney admits by motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is therefore granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

DUDLEY, J., not participating.